UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

---

| | |
|---|---|
| ALMASOOD QURESHI, *et al.*, | |
| Plaintiffs, | Civ. Act. No.: 2:18-cv-00163-cr |
| -against- | |
| PEOPLE'S UNITED FINANCIAL, INC., *et al.*, | |
| Defendants. | |

---

**JOINT NOTICE OF APPROVAL OF PLAINTIFFS'
SETTLEMENT WITH PEOPLE'S UNITED BANK, N.A.**

Plaintiffs and Defendant People's United Bank, N.A. ("PUB," and with the Plaintiffs, the "Parties"), hereby jointly notify the Court, pursuant to their motion to stay (Dkt. 143) which the Court granted (Dkt. 144), that on July 1, 2021, the Court in *SEC v. Quiros*, 16-cv-21301-Gates (S.D. Fla.) (the "*SEC* Action"), approved the parties' settlement and entered the "Bar Order" as requested. (A copy of the Order is attached as Exhibit 1.) Pursuant to the parties' settlement agreement, the settlement is not final, and no payment is required by PUB, until the Bar Order becomes final, *i.e.,* after the time to appeal has expired without a notice of appeal, or after any appeal is finally determined.

As per the parties' agreement, after the Bar Order becomes final, the parties will dismiss the claims against each other.

Dated: July 13, 2021

Respectfully submitted,

| | |
|---|---|
| **PRATT VREELAND KENNELLY, LLP MARTIN & WHITE, LTD** | **KASOWITZ BENSON & TORRES, LLP** |
| /s/ *John J. Kennelly* | /s/ *James J. Stricker* |
| John J. Kennelly, Esq. | James J. Stricker |
| P.O. Box 280 | *Pro hac vice* |
| 64 North Main Street | 1633 Broadway |
| Rutland, VT 05702-0280 | New York, New York 10019 |
| Phone: 802 775-7141 (ext. 216) | Phone: 212 506-1700 |
| FAX: 802 775-6483 | FAX: 212 506-1800 |

*Attorneys for Defendants People's United Financial, Inc., and Peoples United Bank, N.A.*

| | |
|---|---|
| **LANGROCK SPERRY WOOL, LLP** | **KOZYAK TROPIN & THROCKMORTON, LLP** |
| /s/ *Lisa B. Shelkrot* | /s/ *Tal J. Lifshitz* |
| Lisa B. Shelkrot | Harley S. Tropin, Esq. |
| P.O. Box 721 | Tal J. Lifshitz, Esq. |
| 210 College Street | *Pro hac vice* |
| Burlington, VT 05402 | 2525 Ponce de Leon Blvd., 9th Floor |
| Phone: 802 864-0217 | Coral Gables, FL 33134 |
| Email: lshelkrot@langrock.com | Phone: 305 372-1800 |
| | FAX: 305 372-3508 |

*Attorneys for Plaintiffs*