UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 OCT 15 PM 2:41

CLERK

BY: _____
DEPUTY CLERK

-------------------------------------------------------- X

ALMASOOD QURESHI, *et al.*, on behalf of
themselves and all others similarly situated,

    Plaintiffs,

   -against-

MITCHELL SILBERBERG & KNUPP, LLP, as
successor-in-interest to RICHARDSON & PATEL,
LLP; MITCHELL SILBERBERG & KNUPP, LLP;
DAVID B. GORDON; and DAVID B. GORDON,
A PROFESSIONAL CORPORATION.

    Defendants.

-------------------------------------------------------- X

Civ. Act. No. 2:18-cv-00163-cr

## STIPULATION OF DISMISSAL

Plaintiffs Almasood Qureshi, *et al.*, on behalf of themselves and all others similarly situated, and Defendants Mitchell Silberberg & Knupp, LLP, as successor-in-interest to Richardson & Patel, LLP; Mitchell Silberberg & Knupp, LLP; David B. Gordon; and David B. Gordon, a Professional Corporation, hereby STIPULATE AND AGREE that all claims and counterclaims which are, were or could have been asserted by them against each other in this action are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.

Dated: October 15, 2021

| LANGROCK SPERRY WOOL, LLP | STRIS & MAHER, LLP |
|---|---|
| */s/ Lisa B. Shelkrot*<br>Lisa B. Shelkrot<br>P.O. Box 721<br>210 College Street<br>Burlington, VT 05402<br>Telephone: (802)864-0217<br>Email: lshelkrot@langrock.com | */s/Bridget Asay*<br>*/s/Michael Donofrio*<br>Bridget Asay<br>Michael Donofrio<br>Stris & Maher, LLP<br>28 Elm Street<br>Montpelier, VT 05602 |

| *Attorneys for Plaintiffs* | Telephone: (802) 858-4285<br>Email: BAsay@stris.com;<br>MDonofrio@stris.com<br><br>*Attorneys for Defendants* |
|---|---|
|  |  |

So Ordered: _____  10/15/21
              U.S.D.J.