UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 OCT 15 PM 2:41

CLERK
BY_____
DEPUTY CLERK

---------------------------------------------------------------- X
ALMASOOD QURESHI, *et al.*, on behalf of :
themselves and all others similarly situated, :
: Civ. Action No.: 2:18-cv-00163-cr
Plaintiffs, :
:
-against- :
:
PEOPLE'S UNITED BANK, N.A. :
:
Defendants. :
---------------------------------------------------------------- X

## STIPULATION OF DISMISSAL

Plaintiffs Almasood Qureshi, *et al.*, on behalf of themselves and all others similarly situated, and Defendant People's United Bank, N.A., hereby STIPULATE AND AGREE that all claims and counterclaims which are, were or could have been asserted by them against each other in this action are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.

Dated: September 3, 2021

| **LANGROCK SPERRY WOOL, LLP** | **PRATT VREELAND KENNELLY MARTIN & WHITE, LTD** |
|---|---|
| */s/ Lisa B. Shelkrot*<br>Lisa B. Shelkrot<br>P.O. Box 721<br>210 College Street<br>Burlington, VT 05402<br>Telephone: (802)864-0217<br>Email: lshelkrot@langrock.com<br>*Attorneys for Plaintiffs* | */s/John J. Kennelly*<br>John J. Kennelly<br>P.O. Box 280<br>64 North Main Street<br>Rutland, VT 05702-0280<br>Telephone: (802) 775-7141 (ext. 216)<br>Fax: (802) 775-6483<br>Email: kennelly@vermontcounsel.com<br>*Attorneys for Defendant People's United Bank, N.A.* |

So Ordered: _____ 10/15/21
U.S.D.J.